No. 97–7772. PADILLA-PENA v. UNITED STATES; and

No. 97–7790.  PADILLA-PENA *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.  Reported below: 129 F. 3d 457.